E-FILED 09/17/10
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>ZELLER ELECTRIC CORP., a California corporation,<br><br>            Defendant. | CASE NO.:  CV 10-05380 PSG (RZx)<br><br>ASSIGNED TO THE HONORABLE JUDGE PHILIP S. GUTIERREZ<br><br>**JUDGMENT** |

The Court having considered and approved the stipulation for entry of judgment submitted by and between defendants Zeller Electric Corp., a California corporation, and plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Contract Compliance Fund, National Electrical Industry Fund, and the Los Angeles Electrical Workers Credit Union,

/ / /

/ / /

- 1 -

JUDGMENT

342223

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

2    Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan,
3 Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the
4 Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the
5 National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA
6 Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA
7 Labor-Management Cooperation Committee, Contract Compliance Fund, National
8 Electrical Industry Fund, and the Los Angeles Electrical Workers Credit Union shall
9 recover from defendants Zeller Electric Corp., a California corporation, the principal
10 amount of $56,869.16, plus post-judgment interest thereon at the rate of 10% per
11 annum.

13   DATED: __9/17/10__          __PHILIP S. GUTIERREZ__
14                                UNITED STATES DISTRICT JUDGE